```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
PARK AVENUE ORAL AND FACIAL                              :
SURGERY, P.C.,                                           :
                                                         :
                              Plaintiff,                 :    20-CV-5407 (VSB)
                                                         :
              -against-                                  :        ORDER
                                                         :
THE HARTFORD FINANCIAL SERVICES                          :
GROUP, et al.,                                           :
                                                         :
                              Defendants.                :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 9, 2020, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).  Accordingly, it is hereby:

ORDERED that Defendants shall file a letter within seven (7) days deciding whether its motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendants' current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated: November 10, 2020
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge