Charles Michael
212 378 7604
cmichael@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

November 17, 2020

**Via ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 518
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/19/2020

**Re:**   *Park Avenue Oral and Facial Surgery, P.C. v. The Hartford Financial Services Group Inc., et al.*, 20 Civ. 5407 (S.D.N.Y.) – Letter Regarding Motion to Dismiss

Dear Judge Broderick:

  We write on behalf of the Defendants in the above case in accordance with your Honor's November 10, 2020 Order (ECF 10) to respectfully request that Defendants' October 26, 2020 Motion to Dismiss (ECF 6-8) be deemed moot without prejudice to refiling a new motion to dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3). Defendants will file a motion to dismiss Plaintiff's Amended Complaint by November 23, 2020.

               Respectfully,

               */s/ Charles Michael*

               Charles Michael

cc:   All Counsel of Record (via ECF)