UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

PARK AVENUE ORAL AND FACIAL
SURGERY, P.C.,

                Plaintiff,                20 **CIVIL** 5407 (VSB)

       -against-                  **JUDGMENT**

THE HARTFORD FINANCIAL SERVICES
GROUP d/b/a THE HARTFORD et al.

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 17, 2021, Defendants' motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York
          December 20, 2021

                                     **RUBY J. KRAJICK**
                                       Clerk of Court
                  BY:
                                       **Deputy Clerk**